Dismissed and Memorandum Opinion filed December 18, 2003









Dismissed and Memorandum Opinion filed December 18,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00976-CV

____________

 

HENRIETTA M. DOYLE, Appellant

 

V.

 

ETTA J. WRIGHT, Appellee

 



 

On Appeal from the Probate
Court No. 1

Harris County, Texas

Trial Court Cause No. 336,421

 



 

M E M O R A N D U M  
O P I N I O N

This is a restricted appeal from an order admitting a will to
probate signed February 11, 2003.  On
December 1, 2003, appellant filed a motion to dismiss the appeal because the
case has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 18, 2003.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.